**MAC BAN LAW OFFICES**
Skyline Esplanade
Suite 155
1795 E. Skyline Drive
Tucson, Arizona 85718
(520) 624-6446
(520) 624-6617 fax

Barry A. Mac Ban, Esq.
State Bar no. 003218
barry@macbanlaw.com
David F. Toone, Esq.
State Bar no. 012001
dtoone@macbanlaw.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| Eliza M. Bassett and Michael Boulier, natural parents of Christian Boulier, individually and on behalf of their minor child, Christian Boulier,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case no.<br><br><br><br><br><br>**COMPLAINT** |

Plaintiffs allege:

### Parties, Jurisdiction, and Venue

1. Plaintiffs filed an action in Arizona Superior Court, Pima County, cause no. C20183156, alleging medical negligence by Northwest Hospital, LLC, dba Northwest Medical Center; MHC Healthcare, PLLC; and Marsha E. Brooks-Candela, M.D.

2. MHC Healthcare is an Arizona corporation that receives HHS funding and has Federal Public Health Service deemed status with respect to medical negligence claims.

3. At the time of the subject events, Marsha E. Brooks-Candela, M.D. was an employee of MHC Healthcare and is therefore treated as a Public Health Service employee with respect to medical negligence claims arising out of that employment.

4. The Pima County Superior Court action was stayed to allow Plaintiffs to pursue administrative remedies required by 28 U.S.C. § 2675.  No discovery has been conducted in the Pima County Superior Court action.

5. Plaintiffs presented their claims for medical negligence to the United States Department of Health and Human Services on or about July 12, 2018.  The Department denied the claims by letter dated May 15, 2019.

6. This action is brought against the United States of America under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq., and this court therefore has exclusive subject matter jurisdiction under 28 U.S.C. § 1346(b).

7. MHC Healthcare and Dr. Brooks-Candela reside in Pima County, State of Arizona.  All events giving rise to this action occurred in Pima County, and venue is proper in the District of Arizona, Tucson Division.

8. Plaintiffs Eliza M. Bassett and Michael Boulier are residents of Pima County, Arizona and are the natural parents of Christian Boulier, a minor.

## Medical Negligence

9. At the time of the subject events, MHC Healthcare represented to the public, including Eliza Bassett and her family, that it was equipped, qualified, and prepared to provide medical assessment and treatment, including obstetrical services.  It further represented that it employed and maintained skilled physicians, physician assistants, resident physicians, nurses, auxiliary staff, and other competent personnel to whom it had entrusted the conduct and operation of the practice.

10. When MHC Healthcare assumed the responsibilities of providing assessment and care to Plaintiffs, it owed a duty to Plaintiffs to comply with the applicable standard of care necessary to protect the health of Plaintiffs.

11. At the time of the subject events, Dr. Brooks-Candela was licensed to practice in the State of Arizona and represented herself as a specialist in obstetrics and gynecology, with the requisite level of skill, knowledge, and training for that specialty. Dr. Brooks-Candela owed Plaintiffs a duty to act with the degree of care, skill, and learning expected of a reasonably prudent obstetrician/gynecologist acting in the same or similar circumstances within the State of Arizona.

12. At the time of the subject events, Dr. Brooks-Candela was acting in the course and scope of her employment with MHC Healthcare.

13. Plaintiff Eliza Bassett presented at Northwest Medical Center on July 7, 2016 for the delivery of her baby. Dr. Brooks-Candela evaluated Eliza, received reports from hospital staff, gave orders, and was responsible for managing and performing the labor and delivery. Dr. Brooks-Candela delivered Christian Boulier on that day.

14. MHC Healthcare, Dr. Brooks-Candela, and Northwest Hospital, LLC (defendant in the Pima County Superior Court action) failed to meet the applicable standard of care during the labor and delivery process by failing to perform timely and appropriate assessments and reporting, timely and appropriate obstetrical interventions, and timely and appropriate treatment to Eliza Bassett and Christian Boulier, prior to, during, and after Christian's birth.

15. As a direct and proximate result of the negligence of MHC Healthcare, Dr. Brooks-Candela, and Northwest Medical Center, Christian Boulier suffered hypoxic ischemic encephalopathy that required transfer to Banner University Medical Center for high level neonatal care; Christian suffered severe and permanent injuries, the extent of which have not been fully determined, that include but are not limited to anoxic brain injury and neurologic damage.

16. As a direct and proximate result of the medical negligence described above, Plaintiffs Eliza Bassett and Michael Boulier have suffered impairment of their relationship with Christian Boulier.

17. As a direct and proximate result of the medical negligence, Plaintiffs have incurred and will incur damages, including past and future medical expenses, lost income, other economic damages, pain and suffering, emotional distress, and loss of filial consortium.

18. Under 28 U.S.C. § 2671, et seq., the United States of America is liable for the fault of MHC Healthcare and Dr. Brooks-Candela.

WHEREFORE, Plaintiffs request judgment against Defendant as follows:

1. For an award of general damages to be proven at trial;
2. For an award of special damages to be proven at trial;
3. For costs incurred herein;
4. And for such other and further relief as the Court may deem just under the circumstances.

Dated July 11, 2019.

MAC BAN LAW OFFICES, P.A.

By /s/ Barry A. Mac Ban
    Barry A. Mac Ban
    David F. Toone
    Attorneys for Plaintiffs